Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RTS
ANK

Jameel Kareem Favors
SBI# 245902
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RETURN FOR POSTAGE 60

ATES DISTRICT COURT

ICT OF DELAWARE

Civ. Act. No. 04-161-JJF

aintiff.

UM OPINION



RECEIVED
SEP 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



RECEIVED
SEP 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Wilmington, Delaware

